SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

June T. AOYAGI, Plaintiff-Appellant,

v.

Estate of Cindy Hatsue AOYAGI, Glenn Yoshio Ota, Janis Yukie Ota, John Does 1-5, Jane Does 1-5, Doe Corporations 1-5, Doe Partnerships 1-5, Doe Non-Profit Organizations 1-5 And Doe Governmental Agencies 1-5, Defendants-Appellees

NO. CAAP-14-0000143

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

(CIVIL NO. 10-1-2560-11 (JHC))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

STATE of Hawai'i, Plaintiff-Appellee,

v.

Lee MAGNO, Defendant-Appellant

NO. CAAP-15-0000483

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

(CR. NO. 14-1-0735(3))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

Thomas GRANDE, Appellant-Appellee,

v.

Henry ENG, Director, City and County of Honolulu Department of Permitting and Planning; City and County of Honolulu, Department of Permitting and Planning, Appellees-Appellees,

and

Miguel Ramirez and Valerie Ramirez; State of Hawai'i Department of Land and Natural Resources, Appellees-Appellants,

and

John Does 1-10, Jane Does 1-10, Doe Corporations 1-10, Doe Partnerships 1-10, and Doe Governmental Entities 1-10, Appellees

NO. CAAP-13-0000097

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

(CIVIL NO. 08-1-1604-08 (KKS))

## MEMORANDUM OPINION

Affirm. Remanded.

389 P.3d 133

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Joel LONZAGA, Defendant-Appellant**

**NO. CAAP-15-0000572**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 14-1-0833)

## MEMORANDUM OPINION

Affirmed.

389 P.3d 133

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Tanner Keawe AYAU, Defendant-Appellant.**

**NO. CAAP-14-0001053**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 23, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-14-050186)

## SUMMARY DISPOSITION ORDER

Vacate. Remand.

389 P.3d 133

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Dino J. D'ANNIBALE, Defendant-Appellant**

**NO. CAAP-14-0000715**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR NO. 12-1-0348)

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 133

**Arthur BIRANO, Petitioner-Appellant,**

v.

**STATE of Hawaiʻi, Respondent-Appellee.**

**CAAP-15-0000841**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING PRISONER NO. 09-1-0040)
(CRIMINAL NO. 01-1-1154)